Julia C. Bush, Respondent, v. Frank L. Crossett, Appellant, Impleaded with Kate Crossett, His Wife, and Others, Defendants. (Lot No. 15.) — Judgment affirmed, with costs. All concurred, except Kellogg, P. J., who dissented; Lyon, J., not sitting.

Julia C. Bush, Respondent, v. Frank L. Crossett, Appellant, Impleaded with Kate Crossett, His Wife, and Others, Defendants. (Lot No. 17.) — Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

Julia C. Bush, Respondent, v. Frank L. Crossett, Appellant, Impleaded with Kate Crossett, His Wife, and Others, Defendants. (Lot No. 27.) — Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

Julia C. Bush, Respondent, v. Frank L. Crossett, Appellant, Impleaded with Kate Crossett, His Wife, and Others, Defendants. (Lot No. 41.) — Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

Julia C. Bush, Respondent, v. Frank L. Crossett, Appellant, Impleaded with Kate Crossett, His Wife, and Others, Defendants. (Lot No. 43.)— Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

Ann Bassett, as Administratrix de Bonis Non, etc., of Bridget Bassett, Deceased, Appellant, v. Elizabeth McGuire, Respondent.— Judgment and order unanimously affirmed, with costs.

Bachner-Hall Company, Inc., Respondent, v. Ætna Insurance Company, Appellant.— Order modified so as to strike from the complaint the 6th paragraph thereof after the words "that immediately after the occurrence of said fire, the plaintiff gave due notice thereof to defendant;" the 7th paragraph beginning with and following the words "that when the said notice and account was so delivered to the defendant;" the 9th paragraph

---

* See Code Civ. Proc. § 264.— [REP.